**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MATTHEW HARRIS, an individual,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

CASE NO. _____
(case removed from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, No. 2019 SC 004650 SP)

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 & 1446, Defendant PHH Mortgage Corporation ("PHH") as successor by merger to named defendant Ocwen Loan Servicing, LLC ("Ocwen")[1] gives notice of its removal of this action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, where it is now pending, to the United States District Court for the Middle District of Florida, Orlando Division. Defendant states the following as grounds for this removal:

    1.    Defendant is the only defendant in a civil action filed December 17, 2019, in the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, Case No. 2019 SC 004650 SP, styled *Matthew Harris v. Ocwen Loan Servicing, LLC*. Copies of all the

---

[1] Ocwen Loan Servicing, LLC no longer exists as a standalone entity, having been merged into another wholly-owned subsidiary of Ocwen Financial Corporation in or around June 2019. Its successor-in-interest for purposes of this action is PHH Mortgage Corporation, which assumed certain obligations from Ocwen. Any references to Ocwen herein include PHH.

1

process, pleadings, and orders served upon Defendant, as well as copies of all such documents contained in the clerk's records from the state court action, are attached to this Notice.

2. Defendant was served with process in this action on December 19, 2019. *See* Return of Service. This removal is therefore timely under 28 U.S.C. § 1446(b), since Defendant filed this notice less than thirty days after formal service. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

3. This action could have been brought originally in this Court under 28 U.S.C. § 1331 because it arises under federal law. The face of Plaintiff's complaint presents a claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq*. *See* Compl. ¶¶ 41–46 (Count 2). This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a).

4. Because the complaint falls within this Court's original federal question jurisdiction, this action has been properly removed under 28 U.S.C. § 1441(a)–(b).

5. The United States District Court for the Middle District of Florida, Orlando Division, is the appropriate court for filing a notice of removal from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, because this District and Division embrace the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida— the forum in which the removed action was pending. *See* 28 U.S.C. §§ 89(b) & 1441(a).

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this notice of removal with the Clerk of the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, and will serve it on Plaintiff.

Defendant prays this Court will make any and all orders necessary to effect the removal of this action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, and will prepare the true record of all proceedings that may have been had in the state court.

Dated: January 16, 2020

                                            Respectfully submitted,

                                            _s/*Diana N. Evans*_
                                            Diana N. Evans (Fla. Bar No. 98945)
                                            Dnevans@bradley.com
                                            **Bradley Arant Boult Cummings LLP**
                                            100 North Tampa Street, Suite 2200
                                            Tampa, FL 33602
                                            P: (813) 559-5500
                                            F: (813) 229-5946

                                            *Attorney for PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically filed the foregoing with CM/ECF, which will send notification to all counsel of record. I have also served a copy of the foregoing on the following counsel via email and U.S. Mail:

> Young Kim, Esquire
> CONSUMER LAW ATTORNEYS
> 2727 Ulmerton Road, Suite 270
> Clearwater, FL  33762
> service@consumerlawattorneys.com
> ykim@consumerlawattorneys.com
> *Attorneys for Plaintiff*

> s/Diana N. Evans
> *PHH Mortgage Corporation as successor by merger to named defendant Ocwen Loan Servicing, LLC*